JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    Facsimile: (415) 436-6748
    Email: neill.tseng@usdoj.gov

Attorneys for Federal Defendants
Farah M. Rana, M.D., Kathleen Clancy, N.P., P.C.,
Robert J. Liebig, M.D., Ralph M. Moskowitz, M.D.,
Larry O'Connor, M.D.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SHIRLEY CRANDALL,<br><br>    Plaintiff,<br><br>v.<br><br>FARAH M. RANA, M.D., KATHLEEN CLANCY, N.P., P.C., ROBERT J. LIEBIG, M.D., RALPH M. MOSKOWITZ, M.D., LARRY O'CONNOR, M.D. and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. C 08-4694 MEJ<br><br>STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE; [PROPOSED] ORDER |

    Parties stipulate to the following, subject to the approval of the Court:

    Plaintiff's complaint in this action is hereby dismissed without prejudice, so that Plaintiff may pursue administrative remedies under the Federal Tort Claims Act.

    The parties agree that this dismissal is without prejudice to Plaintiff's refiling this action after Plaintiff has properly exhausted said administrative remedies.

//

//

//

STIP. TO DISMISS COMPL. WITHOUT PREJUDICE; [PROPOSED] ORDER
C 08-4694 MEJ

1

DATED: 10-17-08

*James Geagan* (signature)
JAMES GEAGAN
Attorney for Plaintiff

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 10/20/08

*Neill Tseng* (signature)
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The Clerk shall close the file.

DATED: October 27, 2008

HON. MARIA ELENA JAMES
United States Magistrate Judge

STIP. TO DISMISS COMPL. WITHOUT PREJUDICE; [PROPOSED] ORDER
C 08-4694 MEJ

2